### GREEN v. DEWITT, EXECUTOR DE SON TORT OF JABEZ DEAN.

In an action against an executor, *de son tort* -- he cannot plead to the *scire facias,* that he hath never intermeddled with the estate of the deceased.

Taking administration after intermeddling, will not purge the wrong.

SCIRE FACIAS, to have judgment against him in *propria persona,* dated 19th January, 1790.

Plea — That he did receive of said Jabez's wearing apparel to the amount of twenty shillings only; and that after said Green had commenced his original suit against him, he took administration on said Jabez's estate, reported it insolvent, and commissioners were appointed and a time allowed for the settlement of said estate until the 1st day of May next, which time is not yet expired.

Reply — That the defendant took possession of an estate belonging to the deceased, to the value of £700, lawful money, as executor in his own wrong; and that his taking out administration and proceeding on said estate aforesaid, is all fraudulent, etc.

Defendant rejoins — That he received only said twenty shillings' worth of apparel, belonging to the deceased.

Demurrer — Judgment that the rejoinder is insufficient, and for the plaintiff to recover.

By the Court. The defense set up, however it might have been available in the original action, is inadmissible upon the *scire facias.* Further, the defense is insufficient if it had been regularly pleadable to the *scire facias,* for it admits the receiving of twenty shillings in his own wrong, and the plaintiff avers that he received £700 worth of estate, which is not traversed or denied by the defendant; and his after taking administration does not purge the original wrong.